IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: September 26, 2014 |
| Court Reporter: Gwen Daniel | Probation: Gary Kruck |

_____

Criminal Action No. 13-cr-00159-WJM            <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Stephanie Pololak

    Plaintiff,

v.

3.  HUBERT ASBERRY,                           Lisa Moses

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Podolak

Sentencing Statement by Ms. Moses

The Court addresses the defendant's objections to the Presentence Investigation Report [1057].

Court's findings entered on the record.

1

**ORDERED:** **With respect to the objection to Paragraph 50, arrest for auto theft and murder, in the defendant's objections to the Presentence Investigation Report [1057], the objection is OVERRULED.**

**The subject matter of the defendant's remaining objections will not impact the sentence the court intends to impose, and the court will not consider these matters in sentencing; and as a consequence, the court concludes that no ruling on these objections is necessary pursuant to Rule 32 (i)(3)(B).**

**ORDERED:** **There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [1060] is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Count One of the Indictment as to Defendant Hubert Asberry [1061] is GRANTED. Count One of the Indictment is dismissed as to Defendant Hubert Asberry only.**

**ORDERED:** **Defendant's construed motion for a downward variance, within the Defendant's objections to the Presentence Investigation Report [1057], is GRANTED.**

**ORDERED:** **The Government's §5K1.1 Motion For Downward Departure Based on Substantial Assistance [1062] is GRANTED.**

Defendant's Allocution

Defendant plead guilty to Count Thirty-One of the Indictment and admitted to the general notice of forfeiture on June 18, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Hubert Asberry, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 62 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

>    **The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:**   **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

>    **Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

>    **While on supervised release the defendant shall not commit another federal, state or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

>    **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

>    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   **Special Conditions of Supervised Release:**

>    1.   **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

>    2.   **The defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a United States Probation Officer. Failure to submit to such search may be grounds for revocation of Supervised Release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct such a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be**

      **searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**ORDERED: Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

03:32 p.m. Court in Recess
      Hearing concluded
      Time: 32 minutes